to the Court of Appeal, Third Circuit, Parish of Acadia. 157 So.2d 110.

Writ refused. We find that the result is correct.

■

159 So.2d 284

**Mrs. Marion W. GILLAN et al.**

**v.**

**Shirley T. JONES et al.**

**No. 47015.**

Jan. 20, 1964.

In re: Shirley T. Jones et al. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Madison. 157 So.2d 598.

Writ denied. Under the facts found by the Court of Appeal we find no error of law.

McCALEB, J., is of the opinion that a writ should be granted but limited to the question whether the property in dispute has always constituted an island area and that the natural boundaries thereof relieved plaintiffs of fixing the limits or enclosure of their possession.

■

159 So.2d 285

**Mrs. Marion W. GILLAN et al.**

**v.**

**Shirley T. JONES et al.**

**No. 47016.**

Jan. 20, 1964.

In re: Mrs. Marion W. Gillan et al. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Madison. 157 So.2d 598.

Writ denied. No error of law under the facts found by Court of Appeal.

159 So.2d 285

**Michael (S) CHIANTELLA**

**v.**

**MISSISSIPPI MUD, INC.**

**No. 47021.**

Jan. 20, 1964.

In re: Michael (S) Chiantella applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 157 So.2d 279.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.